IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

LEBANON LODGE NO. 1663 BPO ELKS,      )
                                                                  )
                         Plaintiff,                        )     TC-MD 160390G
                                                                  )
            v.                                                )
                                                                  )
LINN COUNTY ASSESSOR,                        )
                                                                  )
                         Defendant.                      )     **FINAL DECISION**[1]

This matter came before the court on Defendant's letter, filed February 6, 2017, stating

that it had restored the 2016–17 tax-exempt status of the properties identified as Accounts

187985, 187993, 188009, 188017, and 188033.  That was the relief requested by Plaintiff in its

Complaint.  Because Defendant has agreed to provide Plaintiff with the relief it requested, this

case is ready for decision.  Now, therefore,

IT IS THE DECISION OF THIS COURT that, as agreed by Defendant, the properties

identified as Accounts 187985, 187993, 188009, 188017, and 188033 were exempt from

property taxation during the 2016–17 tax year.

Dated this ____ day of February, 2017.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*
*This document was filed and entered on February 28, 2017.*

---

[1] This Final Decision incorporates without change the court's Decision, entered February 9, 2017.  The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).